IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON D. ROBINSON, | No. CIV S-07-1228-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| HEDGPETH, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 29, 2007, the court directed petitioner to either submit a completed application for leave to proceed in forma pauperis or the full filing fee for this action within 30 days. Petitioner failed to do so. On August 17, 2007, findings and recommendations were issued recommending this action be dismissed for lack of prosecution. Petitioner filed objections to the findings and recommendations on September 20, 2007.

Petitioner states in his objections that he has attempted to comply with this court's order that he file a trust account certification to support his application to proceed in forma pauperis. However, according to petitioner, he has been unsuccessful in obtaining the certification from the trust account office at the prison.

1

It appears to the undersigned that petitioner is attempting to comply with this court's orders.  Therefore, the findings and recommendations issued on August 17, 2007 (Doc. 10) recommending the dismissal of this action will be vacated.  Plaintiff will be granted an additional thirty days in which to comply with this court's June 29, 2007 order.  The Clerk of the Court will be directed to provide petitioner with another copy of that order.

Petitioner is again warned that failure to comply with this court's orders may result in the dismissal of this action.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. 10) issued August 17, 2007 are vacated;

2. Petitioner shall submit within 30 days of the date of this order, a certification as required by Rule 3(a)(2), or the appropriate filing fee; and

3. The Clerk of the Court is directed to provide petitioner an additional copy of the June 28, 2007 Order (Doc. 8).


DATED: December 5, 2007

　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE