IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUINTON D. ROBINSON, | | No. CIV S-07-1228-MCE-CMK-P |
|     Petitioner, | | |
|   vs. | | <u>ORDER</u> |
| HEDGPETH, | | |
|     Respondent. | | |
|                                / | | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition for a writ of habeas corpus (Doc. 4), filed on June 4, 2007.  This petition was originally filed in the United States District Court for the Central District of California, and was transferred to the Eastern District of California, Fresno Division, because petitioner is incarcerated in Kern County, which is within the Fresno Division of the Eastern District.  However, petitioner is challenging his conviction out of Sacramento County, which is within the Sacramento Division of the Eastern District, so the petition was transferred to the Sacramento Division.  The petition is now properly filed in the United States District Court for the Eastern District of California, Sacramento Division.

The court has examined the petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases. It does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief. See id. Respondent, therefore, will be directed to file a response to petitioner's petition. See id. If respondent answers the petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases. Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition. See id.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's petition within 30 days from the date of service of this order;

2. Petitioner's traverse or reply (if respondent files an answer to the petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the petition) shall be filed and served within 30 days of service of respondent's response; and

3. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: March 27, 2008

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE