IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **QUINTON D. ROBINSON,** | CIV S-07-1228-MCE-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **HEDGPETH,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file Respondent's response to Petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including May 27, 2008, in which to file a response to Petitioner's petition for writ of habeas corpus.

DATED: April 29, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE