IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **QUINTON D. ROBINSON,** | CIV S-07-1228-MCE-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **HEDGPETH,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file Respondent's response to Petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including June 26, 2008, in which to file a response to Petitioner's petition for writ of habeas corpus.

DATED: June 2, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE