IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUINTON D. ROBINSON,                           No. CIV S-07-1228-MCE-CMK-P

       Petitioner,

  vs.                                                                    ORDER

HEDGPETH,

       Respondent.

                                 /

            Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for case documents.

            Petitioner is requesting copies of documents filed in this case. The court as a general rule does not provide copies of documents filed with the court. If petitioner feels he is in need of documents filed with this court, he can obtain copies of documents at his own expense from Attorney's Diversified Services (ADS): 1424 21st Street, Sacramento, CA 95814. Their phone number is 916-441-4396. Alternatively, the court will provide copies of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." In forma pauperis status does not include the cost of copies.

            Petitioner seems to indicate that he has not received documents filed with the court due to his parole and subsequent re-incarceration due to parole violations. To the extent

1

petitioner feels he has not been served with necessary documents, he is informed that following the granting of his application to proceed in forma pauperis, the respondent was directed to file a response to the petition.  Respondent requested, and was granted additional time to respond to the petition.  A motion to dismiss was filed on June 26, 2008, with a proof of service indicating petitioner has been served with a copy of this motion at his current location.  Therefore, there is nothing of any substance that petitioner has not received in this matter.

Petitioner also indicates that he is currently housed at Deuel Vocational Institution.  The Clerk of the Court will be directed to update petitioner's address on the docket.  Petitioner is reminded that it he is required to inform the court of any address change pursuant to Local Rule 83-182(f).  If petitioner is transferred to another facility or paroled again, he must inform the court of his new address.  Failure to do so may result in the termination of his case.

Accordingly, IT IS HEREBY ORDERED that:

1.   Petitioner's request for copies is denied;

2.   Petitioner may obtain copies of documents at his own expense through Attorney's Diversified Services;

3.   The Clerk of the Court is directed to update petitioner's address on the docket as he indicates he is now being housed at Deuel Vocational Institution; and

4.   Petitioner must keep the court informed of his current address at time throughout these proceedings.

DATED: June 26, 2008

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE