**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUINTON D. ROBINSON, | No. CIV S-07-1228-MCE-CMK-P |
|     Petitioner, | |
|   vs. | <u>ORDER</u> |
| HEDGPETH, | |
|     Respondent. | |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's Motion for Stay and Abeyance (Doc. 25).

    Petitioner is requesting an order staying this action, stating that because he has recently been re-incarcerated, and is awaiting transfer to another institution. It appears that he is making this request due being separated from his necessary materials. On June 26, 2008, respondent filed a motion to dismiss. Petitioner's response in opposition, if any, to that motion was due on or before July 18, 2008. Therefore, the court will construe his current request as a request for additional time to respond to the motion to dismiss. Petitioner does not indicate how long he anticipates he will need to respond to the motion, or get settled into his new institution

1

and obtain his necessary materials.  However, petitioner will be granted 45 days in which to respond to the motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for stay and abeyance (Doc. 25) is construed as a request for additional time to respond to the pending motion to dismiss;

2. Petitioner's request for additional time is granted; and

3. Petitioner may file his response in opposition to the motion to dismiss, if any, within 45 days of service of this order.

DATED: August 6, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE