IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON D. ROBINSON, | No. CIV S-07-1228-MCE-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| HEDGPETH, | |
|     Respondent. | |
|                                        / | |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's Motion for Transfer (Doc. 27).  In this "motion" petitioner is requesting the court order Duel Vocational Institute to expedite the transfer of petitioner out of "reception" and into an "institution of custody level."  Petitioner states that he has been held in "reception" for over 100 days, and awaiting transfer for 30.  As plaintiff remains in "reception" he does not have adequate access to a law library, and it appears he may not have access to his legal materials.

        The court will construe plaintiff's "motion" as his second request for additional time to respond to defendant's motion to dismiss.  Defendant filed a motion to dismiss on June 20, 2008.  Plaintiff has previously been granted one extension of time due to his recent re-

incarceration. It appears plaintiff needs additional time. Plaintiff again does not indicate how much time he needs to respond, but since he is still awaiting a transfer to the institution he will be serving his time at, the court will grant him additional time to respond to the motion to dismiss.

However, additional requests for extension of time will be disfavored. If petitioner needs additional time to respond to the motion to dismiss, he will be required to show good cause before any additional time will be granted. In addition, in any future requests, he must inform the court how much time he will need.

Accordingly, IT IS HEREBY ORDERED that

1. Petitioner's motion for transfer (Doc. 27) is construed as a request for additional time, and as so construed, is granted; and

2. Petitioner may file his response in opposition to the motion to dismiss, if any, within 60 days of service of the this order.

DATED: September 12, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE