IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **QUINTON D. ROBINSON,** | CIV S-07-1228-MCE-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **HEDGPETH,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss filed November 12, 2008. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including December 24, 2008, in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss.

DATED: November 25, 2008

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE